1  PATRICK STREB, CASB No. 116555
   streb@pacbell.net
2  WELTIN STREB & WELTIN
   1432 Martin Luther King, Jr. Way
3  Oakland, California  94612
   Telephone:   (510) 251-6060
4  Facsimile:   (510) 251-6040

5  Attorneys for Plaintiff Michael Vawter

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  MIKE VAWTER,                                    )   Case No. C11-05546-EDL
                                                    )
11                              Plaintiff,          )   **NOTICE OF VOLUNTARY DISMISSAL**
                                                    )   AND ORDER
12              vs.                                  )
                                                    )
13  MEDITERRANEAN SHIPPING                          )
    COMPANY, S.A.,                                  )
14                                                  )
                                Defendant.          )
15  _____            )

16

17          Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

18  Michael Vawter ("Vawter") and Defendant Mediterranean Shipping Company, S.A.

19  hereby agree to voluntarily dismiss one another from any and all claims arising from

20  Plaintiff Vawter's original complaint, with prejudice, each party to bear its own costs

21  and fees.

22

23

24  DATED:  December 17, 2012            _____
                                         PATRICK STREB
25                                       WELTIN, STREB & WELTIN
                                         Attorneys for Plaintiff Michael Vawter
26

27

28

                                                - 1 -                    KYL_SF580436KYL_SF580436

1

## ~~PROPOSED~~ ORDER

The Parties hereto, by their counsel, having advised the Court that they

have agreed to a settlement of this action;

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: February 11, 2013



KYL_SF580436KYL_SF580436

NOTICE OF VOLUNTARY DISMISSAL - Case No. C11-05546-EDL/ADR