```
PATRICK STREB, CASB No. 116555
streb@pacbell.net
WELTIN STREB & WELTIN
1432 Martin Luther King, Jr. Way
Oakland, California 94612
Telephone:  (510) 251-6060
Facsimile:  (510) 251-6040
```

Attorneys for Plaintiff Michael Vawter

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE VAWTER, | Case No. C11-05546-EDL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |
| vs. | |
| MEDITERRANEAN SHIPPING COMPANY, S.A., | |
| Defendant. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Michael Vawter ("Vawter") and Defendant Mediterranean Shipping Company, S.A. hereby agree to voluntarily dismiss one another from any and all claims arising from Plaintiff Vawter's original complaint, with prejudice, each party to bear its own costs and fees.

DATED: December 17, 2012

/s/ PATRICK STREB
WELTIN, STREB & WELTIN
Attorneys for Plaintiff Michael Vawter

|     |                                                                                     |
| --- | ----------------------------------------------------------------------------------- |
| 1   | ~~PROPOSED~~ **ORDER**                                                              |
| 2   | The Parties hereto, by their counsel, having advised the Court that they            |
| 3   | have agreed to a settlement of this action;                                         |
| 4   |                                                                                     |
| 5   | IT IS HEREBY ORDERED that this action is dismissed with prejudice.                  |

DATED: February 11, 2013



_____
United States ~~Magistrate~~ Judge
Judge Elizabeth D. Laporte

IT IS SO ORDERED
Elizabeth D. Laporte